Jo ANN FRIES, Respondent, v PHILLIP M. FRIES, Appellant.

Present — Dillon, P. J., Doerr, Denman, Boomer and Schnepp, JJ.

STATE UNIVERSITY HOSPITAL OF NEW YORK STATE UPSTATE MEDICAL CENTER, Appellant, v COUNTY OF OSWEGO et al., Respondents. Memorandum: The court was without authority to direct the Attorney-General to commence an action against the State of Florida. (Appeal from order of Supreme Court, Onondaga County, Balio, J. — summary judgment.) Present — Hancock, Jr., J. P., Callahan, Denman, O'Donnell and Pine, JJ.

In the Matter of RICHARD A. HENNESSY, JR., as District Attorney for the County of Onondaga, Petitioner, v WILLIAM J. BURKE, as County Court Judge for the County of Onondaga, et al., Respondents. Memorandum: Dismissal of the indictment for denial of respondent Grimes' right to testify before the Grand Jury is mandated by CPL 190.50 (5) (c). (Article 78.) Present — Doerr, J. P., Boomer, O'Donnell, Pine and Schnepp, JJ.

ALBERT MORETON et al., Appellants, v CITY OF BUFFALO URBAN RENEWAL AGENCY, Respondent. Memorandum: This motion for a temporary injunction pending appeal was brought on before us by order to show cause signed by a justice of the Supreme Court. CPLR 2214 (d), providing for orders to show cause, does not empower a judge or justice of a court of original jurisdiction to order that a motion be returned before an appellate court. Were we to reach the merits, we would deny the motion. Present — Dillon, P. J., Hancock, Jr., Callahan, Boomer and Green, JJ. (Order entered Mar. 25, 1985.)